**[Domootoc]** [District Order Overruling Objection to Claim as moot]

ORDERED.

**Dated: July 14, 2017**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 8:16−bk−00974−CPM
                                                                       Chapter 13

Steven Lawrence Brickner

_____Debtor\*_____/

### ORDER OVERRULING OBJECTION TO CLAIM

THIS CASE came on for consideration, without hearing, of the Objection to Claim of The Florida Department of Revenue (Claim No. 8) ("Objection") filed by Debtor on July 13, 2017 , Doc. No. 109 . The Court has reviewed the record and finds that the claimant subsequently withdrew the claim. Accordingly, it is

**ORDERED:**

The Objection is overruled as moot.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.